## LIFE PARTNERS HOLDINGS, INC.
### CERTIFICATION OF NAMED PLAINTIFF
### PURSUANT TO FEDERAL SECURITIES LAWS

I, J. Malcolm Gray ("Plaintiff") declare:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the securities that are the subject of this action during the Class Period are as included on Exhibit A annexed hereto.

5. Plaintiff has neither sought to serve nor served as a representative party for a class in any actions filed under the federal securities laws in the past three years.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21 day of FEB. 2011, at HOUSTON, TX.
[CITY] / [STATE]

_____
J. Malcolm Gray

# Exhibit A





#1661
Post split.

| Date | Action | Description | Amount |
|---|---|---|---|
| 07/14/10 | Bought | 3,000 of LPHI @ $20.76 (Order #43) | 62,290.00 |
| 07/14/10 | Sold Short | 20 LPHI Jan 22 '11 $20 Put(LPHI) @ $3.20 | 6,374.61 |

PLEASE READ THE IMPORTANT DISCLOSURES BELOW

Important information about procedures for opening a new account: To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also use a third-party information.

The E*TRADE Financial family of companies provides financial services including trading, investing, and related banking products and services to retail investors.

Securities products and services offered by E*TRADE Securities LLC, Member FINRA/SIPC

**System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.**

Statement of Financial Condition | About Brokerage Insurance | Customer Account Agreements | Privacy Statement | Business Continuity Plan
Online Security | Contact Us | About Us | Careers @ etrade

© 2011 E*TRADE Financial Corporation. All rights reserved. Version 1.0.21.w22m3.1

*[handwritten left margin: Bought $16.66]*

*[handwritten middle: 3750 SOLD $ 6375.00]*

| Date | Action | Description | Amount |
|---|---|---|---|
| 01/18/11 | Sold | 680 of LPHI @ $14.96 (Order #119) | 10,252.36 |
| 01/14/11 | Sold | 1,064 of LPHI @ $14.96 (Order #119) | 15,907.17 |
| 01/13/11 | Sold | 300 of LPHI @ $14.96 (Order #114) | 4,477.92 |
| 01/12/11 | Sold | 1,000 of LPHI @ $14.97 (Order #106) | 14,959.74 |
| 01/12/11 | Sold | 700 of LPHI @ $14.99 (Order #110) | 10,482.82 |
| 01/12/11 | Bought To Cover | 10 LPHI1 Apr 16 '11 $15.80 Call(LPHI) @ $1.00 | -1,267.65 |
| 01/12/11 | Bought To Cover | 20 LPHI1 Jan 22 '11 $15.80 Put(LPHI) @ $1.20 | -3,025.29 |

PLEASE READ THE IMPORTANT DISCLOSURES BELOW

E*TRADE FINANCIAL - Trading & Portfolios                                         Page 1 of 2

Customer Service   | Suggestions   Add Another Account   Enter Symbol   Search   Log Off

Accounts  Trading & Portfolios  Research  Guidance & Retirement  Education  Banking
Trade  Portfolios  View Orders  Balances  Transaction History  IPO Center  Active Trading  Global Trading  Options Trading  Futures Trading

February 08, 2011 9:05 AM ET

## Portfolios

Alerts | Transfer Money | Bill Pay | (?) Help

Portfolios  Performance & Value  Positions  Gains & Losses  Risk Analyzer  Portfolio Analyzer  Income Estimator

Account/Watch List:         / Edit List        View: Performance    Customize /

My Contributions |  Fund my IRA >> |  Online Advisor

Market Value: $1                                       DJIA 12,161.63  +0.00 (+0.00%)  Nasdaq 2,783.99  +0.00 (+0.00%)

REFRESH    STREAMING QUOTES    EXPORT TO EXCEL           Results per Page: 100

| Symbol | | Last Trade | Change $ | Change % | Day's Gain | Qty | Price Paid | Total Gain $ | Total Gain % | Market Val | Edit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LPHI | Buy/Sell | 8.55 | 0.00 | 0.00% | $0.00 | 10,000 | $16.66 | -$81,158.66 | -48.70% | $85,500.00 | Edit |
| LPHI1 Apr 16 '11 $15.00 Call | Trade | 0.20 | 0.00 | 0.00% | $-0.00 | -20 | $1.30 | $2,730.00 | 83.52% | -$500.00 | Edit |
| LPHI1 Apr 16 '11 $17.50 Call | Trade | 0.20 | 0.00 | 0.00% | $-0.00 | -20 | $1.20 | $2,590.00 | 85.93% | -$375.00 | Edit |
| LPHI1 Jul 16 '11 $18 Put | Trade | 5.10 | 0.00 | 0.00% | $-0.00 | -30 | $3.30 | -$24,403.07 | -196.71% | -$38,750.00 | Edit |

Handwritten annotations: −81158.66 ; −24408.07 ; LPHI Split 1/03/11

Cash

Totals

LEGEND: [+] collapsed (click to expand)  [−] expanded (click to collapse)

Real time quotes

Bond Market Update from Briefing.com >>
Hide News

**Portfolio News**                                              View by: DATE

| Date | Symbol | News Stories | Source |
|---|---|---|---|
| Feb08 | | | |
| 07:01 AM | SCLN | SciClone Pharmaceuticals to Present at BIO CEO & Investor Conference | |
| Feb07 | | | |
| 08:39 PM | LPHI | Hagens Berman: Investor Fraud Investigation into Life Partners Holdings, Inc. Proceeds | Business Wire |
| 01:45 PM | SPLM | Monday Microcap Update: Earth Dragon Resources Inc., Fannie Mae, Freddie Mac, Cougar Oil & Gas Canada, American Power Corp., SentryPetroleum Ltd. and Precis on Petroleum Corp | |
| Feb06 | | | |
| 03:34 AM | BP | The most recent annual report, and if applicable, quarterly report, is available for BP plc | Dow Jones |
| Feb04 | | | |

E*TRADE FINANCIAL - Trading & Portfolios                                    Page 1 of 2



IRA-Rollover

Average Price
$16.66

Bought

| Date | Type | Description | Amount ($) |
|---|---|---|---|
| 01/13/11 | Sold | 1,000 of LPHI @ $14.98 (Order #303) | 14,969.74 |
| 01/12/11 | Sold | 1,000 of LPHI @ $14.95 | 14,939.74 |
| 01/12/11 | Sold | 1,000 of LPHI @ $14.99 (Order #302) | 14,979.74 |
| 01/12/11 | Bought To Cover | 21 LPHI1 Apr 16 '11 $15.80 Call(LPHI) @ $1.00 | -2,041.05 |
| 01/12/11 | Bought To Cover | 9 LPHI1 Apr 16 '11 $15.80 Call(LPHI) @ $1.00 | -1,141.88 |

$5040.00

E*TRADE FINANCIAL - Trading & Portfolios                                                Page 1 of 2

Customer Service | Suggestions | Add Another Account | Enter Symbol | Search | Log Off

Accounts  **Trading & Portfolios**  Research  Guidance & Retirement  Education  Banking
Trade  Portfolios  View Orders  Balances  Transaction History  IPO Center  Active Trading  Global Trading  Options Trading  Futures Trading

February 08, 2011 6:39 AM ET

## Transaction History

Alerts | Transfer Money | Bill Pay | (?) Help

Transactions  Retirement Summary  Check Summary  Deposit Summary  Categories  Reports

Account: Rollover IRA
Transaction: All Types
Time Period: Jul - Sep 2010

Show: [✓] Non-Cash Transactions  [ ] Sweep Activities
From: [    ] - To: [    ]
SEARCH                     ☆ Advanced Search

Rollover IRA
Net Value
2011
Contributions
Distributions
2010
Contributions
Distributions
Contribution Amounts and Deadlines

Printer-friendly | Download

**END THE CLUTTER**
WITH FREE ELECTRONIC STATEMENTS
E*TRADE SECURITIES LLC

**ENROLL NOW**
In Under a Minute

| Date | Type | Description (show categories) | Amount ($) |
|---|---|---|---|
| 09/30/10 | Sold Short | 50 LPHI Apr 16 '11 $20 Call(LPHI) @ $1.30 | 6,451.71 |
| 09/2 | | | 28,577.71 |
| 09/2 | | | 16,989.71 |
| 09/20/10 | Sold | 1,000 of LPHI @ $17.00 (Order #219) | |
| 07/19/10 | Option Assignment | 20 LPHI Jul 17 '10 $22.50 Put(LPHI) | |
| 07/19/10 | Option Assignment | 44 LPHI Jul 17 '10 $20 Put(LPHI) | |
| 07/19/10 | Bought | 4,400 of LPHI @ $20.00 | 88,019.99 |
| 07/19/10 | Bought | 2,000 of LPHI @ $22.50 | 45,000.00 |
| 07/16/10 | Bought | 629 of LPHI @ $20.35 (Order #191) | -12,810.15 |

{ 6400 shares (handwritten annotation next to the two Option Assignment rows)

E*TRADE FINANCIAL - Trading & Portfolios                                  Page 2 of 2



**PLEASE READ THE IMPORTANT DISCLOSURES BELOW**

Important information about procedures for opening a new account. To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also utilize a third party information.

The E*TRADE Financial family of companies provides financial services including trading, investing, and related banking products and services to retail investors.

Securities products and services offered by E*TRADE Securities LLC, Member FINRA SIPC

**System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.**

Statement of Financial Condition | About Brokerage Insurance | Customer Account Agreements | Privacy Statement | Business Continuity Plan
Online Security | Contact Us | About Us | Careers@etrade

©2011 E*TRADE Financial Corporation. All rights reserved. Version 1.0. 30w24m3.1

E*TRADE FINANCIAL - Trading & Portfolios                                  Page 1 of 2

Customer Service | Suggestions   Add Another Account   Enter Symbol   Search   Log Off

Accounts  **Trading & Portfolios**  Research  Guidance & Retirement  Education  Banking
Trade  Portfolios  View Orders  Balances  **Transaction History**  IPO Center  Active Trading  Global Trading  Options Trading  Futures Trading

February 08, 2011 8:58 AM ET

## Transaction History

Alerts | Transfer Money | Bill Pay | (?) Help

Transactions  Retirement Summary  Check Summary  Deposit Summary  Categories  Reports

Account: Rollover IRA -                                                  Rollover IRA -
Transaction: All Types          Show: [✓] Non-Cash Transactions | Sweep Activities    Net Value
Time Period: Custom Time Period   From: 07/01/2009   - To: 12/31/2009                 2011
                                                                          Contributions
                                                                          Distributions
                                  **SEARCH**           ⌄ Advanced Search   2010
                                                                          Contributions
                                                                          Distributions
                                                                          Contribution Amounts and Deadlines

Printer-friendly | ⇩ Download

**END THE CLUTTER**
**WITH FREE ELECTRONIC STATEMENTS**       **ENROLL NOW**
                                          In Under a Minute
E*TRADE SECURITIES LLC

| Date | Type | Description | Categories (hide) | Amount ($) |
|---|---|---|---|---|
| | | | | 51,968.66 |
| 12/21/09 | Bought | 3,800 of LPHI @ $21.4267 (Order #103) | | -81,426.50 |
| 12/21/09 | Bought | 1,150 of LPHI @ $21.43 (Order #103) | | -24,644.50 |
| 12/21/09 | Bought | 371 of LPHI @ $21.38 (Order #102) | | -7,941.98 |
| 12/21/09 | Bought | 50 of LPHI @ $20.80 (Order #98) | | -1,050.00 |

{ 5371 Shares.

https://us.etrade.com/e/t/accounts/txnhistory                                       2/8/2011

E*TRADE FINANCIAL - Trading & Portfolios                                Page 1 of 1

Customer Service | Suggestions | Add Another Account | Enter Symbol | Search | Log Off

Accounts **Trading & Portfolios** Research  Guidance & Retirement  Education  Banking
Trade  Portfolios  View Orders  Balances  Transaction History  IPO Center  Active Trading  Global Trading  Options Trading  Futures Trading

February 08, 2011 3:06 AM ET

## Portfolios

Alerts | Transfer Money | Bill Pay | (?) Help

Portfolios  Performance & Value  Positions  Gains & Losses  Risk Analyzer  Portfolio Analyzer  Income Estimator

Account/Watch List:                 Create / Edit List         View: Performance    Customize /

Market Value: $                                   DJIA 12,161.63  +0.00 (+0.00%)  Nasdaq 2,783.99  +0.00 (+0.00%)

REFRESH | STREAMING QUOTES | EXPORT TO EXCEL                          Results per Page: 100

| Symbol | | Last Trade | Change $ | Change % | Day's Gain | Qty | Price Paid | Total Gain $ | Total Gain % | Market Val | Edit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LPHI | Buy / Sell | 8.55 | 0.00 | 0.00% | $0.00 | 1,500 | $16.19 | -$11,480.99 | -47.24% | $12,825.00 | Edit |

-11480.99

Cash

Totals  $0.

LEGEND:  ⊞ collapsed (click to expand)   ⊟ expanded (click to collapse)
# - Lot edited by firm     + - Lot edited by customer

Real-time quotes

Bond Market Update from Briefing.com >>
⊟ Hide News

**Portfolio News**                                                      View by: DATE

| Date | Symbol | News Stories | Source |
|---|---|---|---|
| Feb 08 | | | |
| 07:01 AM | SCLN | SciClone Pharmaceuticals to Present at BIO CEO & Investor Conference | |
| Feb 07 | | | |
| 08:39 PM | LPHI | Hagens Berman: Investor Fraud Investigation into Life Partners Holdings, Inc. Proceeds | Business Wire |
| 01:45 PM | SPLM | Monday Microcap Update: Earth Dragon Resources Inc., Fannie Mae, Freddie Mac, Cougar Oil & Gas Canada, American Power Corp., SentryPetroleum Ltd. and Precision Petroleum Corp | |
| Feb 04 | | | |
| 11:56 PM | LPHI | 58 Days Left - Kahn Swick & Foti, LLC and Former Louisiana Attorney General Remind Investors With Large Financial Interests (Over $100,000) of Lead Plaintiff Deadline in Lawsuit Against Life Partners Holdings, Inc. - LPHI | Business Wire |
| 11:54 PM | LPHI | Glancy Binkow & Goldberg LLP, Representing Investors of Life Partners Holdings, Inc., Announces Class Action Lawsuit and Seeks to Recover Losses | Business Wire |
| 09:00 PM | LPHI | The Shuman Law Firm Announces The Filing of a Class Action Lawsuit Against Life Partners Holdings, Inc. | Business Wire |
| 12:39 PM | LPHI | Harwood Feffer LLP Encourages Investors Who Have Losses in Excess of $100,000 From Investment in Life Partners Holdings, Inc. to Inquire About the Lead Plaintiff Position in Securities Fraud Class Action Lawsuit Before the April 4, 2011 Lead Plaintiff De | |
| Feb 03 | | | |
| 06:00 PM | LPHI | Saxena White P.A. Files Securities Fraud Class Action Against LifePartners Holdings, Inc. | |
| 01:40 PM | SPLM | Thursday Microcap Update: Horiyoshi Worldwide Inc., Cougar Oil & GasCanada, Willow Creek Enterprises Inc., American Power Corp., NeoprobeCorp. and Sentry Petroleum Ltd | |
| 01:05 PM | LPHI | Law Firm: Life Partners Hidgs Faces Purported Class-Action Suit >LPHI | Dow Jones |

more news...

More news for:  LPHI  SCLN  SPLM

Portfolios and Watchlists are not official tax records. They should be used only as a tool to assist you with your financial management. E*TRADE makes no warranties with respect to, and specifically disclaims any liability arising out of, your use of or any tax position taken in reliance upon such information. E*TRADE-provided cost basis, gains or losses and holding periods are estimates and may not reflect all adjustments necessary for your own tax reporting purposes. You should verify such information against your own records when calculating a reportable gain or loss resulting from a sale, redemption or exchange. Consult your tax advisor for further information.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available, (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their control.

* Fields for Market Value, Total Gain, and/or Day's Gain that are marked with an asterisk have been calculated using the current bid or ask instead of the last trade price. This valuation methodology is applicable to options positions only. Learn more





| 12/07/10 | Bought To Cover | 10 LPHI Jan 22 '11 $19.75 Call(LPHI) @ $2.90 | -2,917.64 |

**PLEASE READ THE IMPORTANT DISCLOSURES BELOW**

Important information about procedures for opening a new account: To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also utilize a third party information.

The E*TRADE Financial family of companies provides financial services including trading, investing, and related banking products and services to retail investors.

Securities products and services offered by E*TRADE Securities LLC, Member FINRA SIPC

**System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.**

Statement of Financial Condition  |  About Brokerage Insurance  |  Customer Account Agreements  |  Privacy Statement  |  Business Continuity Plan
Online Security  |  Contact Us  |  About Us  |  Careers@etrade

© 2011 E*TRADE Financial Corporation. All rights reserved. Version 1.0 29.v22m3.1